IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>    v.<br><br>**HECTOR KIONI GONGORA**<br><br>                  Defendant. | <br><br><br><br>CR NO: 1:21-CR-00044-DAD-BAM |

**APPLICATION FOR WRIT OF HABEAS CORPUS**

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    ☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Hector Kioni Gongora
Detained at: Fresno County Jail

Detainee is:
    a.) ☒ charged in this district by: ☒ Indictment ☐ Information ☐ Complaint
           charging detainee with: 21 U.S.C. 841(a)(1) & 18 U.S.C. 922(g)(1) (two counts)
or
    b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
    a.) ☒ return to the custody of detaining facility upon termination of proceedings
or
    b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary FORTHWITH in the Eastern District of California.*

Signature: /s/ A. Pataca
Printed Name & Phone No: Antonio J. Pataca; 559-497-4000
Attorney of Record for: United States of America

**WRIT OF HABEAS CORPUS**
    ☒ Ad Prosequendum      ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as any Federal Agent for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **Feb 19, 2021**

/s/ Stanley A. Boone
Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male | ☐ Female |
| Booking or CDC #: | 2110575 | DOB: | 10/16/1976 |
| Facility Address: | 1265 M. Street, Fresno, CA | Race: | Hispanic |
| Facility Phone: | | FBI#: | 229495VA1 |
| Currently | | | |

**RETURN OF SERVICE**

Executed on: _____

                                      (signature)