HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
JAYA GUPTA, CA BAR #312138
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, California 93721
Telephone: (559) 487-5561
Facsimile: (559) 487-5950

Attorneys for Defendant
HECTOR KIONI GONGORA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:21-cr-00044-DAD-BAM |
| Plaintiff, | |
| v. | **SEALING ORDER** |
| HECTOR KIONI GONGORA, | |
| Defendant. | |

  **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that Exhibit A in support of Defendant Hector Kioni Gongora's Sentencing Memorandum shall be filed **under seal** until further order of the Court.

IT IS SO ORDERED.

 Dated: __September 14, 2021__   _____
              UNITED STATES DISTRICT JUDGE

[Proposed] Sealing Order